

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00775-CR

Gilbert M. **ZEPEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5264
Honorable Pat Priest, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED November 4, 2015.

Karen Angelini, Justice